**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RICHARD PRICE** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-660** |
| **GREAT LAKES DREDGE AND DOCK COMPANY, LLC** | **SECTION "I"** |

INTERROGATORIES TO THE JURY

1. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE DEFENDANT, GREAT LAKES DREDGE AND DOCK COMPANY, LLC, WAS NEGLIGENT UNDER THE JONES ACT **AND** THAT SUCH NEGLIGENCE WAS A CAUSE, IN WHOLE OR IN PART, OF THE DAMAGE OR INJURY TO THE PLAINTIFF, RICHARD PRICE?

   Yes ✓ No ____

   *If you answered "Yes" to Question No. 1, proceed to Question No. 2.*

   *If you answered "No" to Question No. 1,* ***skip*** *Question No. 2 and proceed to Question No. 3.*

2. WITH RESPECT TO THE JONES ACT NEGLIGENCE CLAIM, DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF, RICHARD PRICE, WAS CONTRIBUTORILY NEGLIGENT **AND** THAT SUCH CONTRIBUTORY NEGLIGENCE WAS A CAUSE, IN WHOLE OR IN PART, OF HIS DAMAGE OR INJURY?

   Yes ✓ No ____

   *Proceed to Question No. 3.*

3. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE VESSEL, THE DREDGE ALASKA, WAS UNSEAWORTHY **AND** THAT SUCH UNSEAWORTHINESS WAS A PROXIMATE CAUSE OF THE DAMAGE OR INJURY TO THE PLAINTIFF, RICHARD PRICE?

Yes _____ No __✓__

*If you answered "No" to Question No. 1 **and** "No" to Question No. 3, **skip** Question No. 4, Question No. 5, and Question No. 6.*

*If you answered "Yes" to Question No. 1, but "No" to Question No. 3, **skip** Question No. 4, and proceed to Question No. 5.*

*If you answered "Yes" to Question No. 3, proceed to Question No. 4.*

4. WITH RESPECT TO THE UNSEAWORTHINESS CLAIM, DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF, RICHARD PRICE, WAS CONTRIBUTORILY NEGLIGENT **AND** THAT SUCH CONTRIBUTORY NEGLIGENCE WAS A PROXIMATE CAUSE OF HIS DAMAGE OR INJURY?

Yes _____ No _____

*Proceed to Question No. 5.*

5. INDICATE WHAT PERCENTAGE, IF ANY, OF THE PLAINTIFF'S DAMAGES YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE TO HAVE BEEN CAUSED BY:

a. The Jones Act negligence of the defendant, GREAT LAKES DREDGE AND DOCK COMPANY, LLC . AND/OR the unseaworthiness of the DREDGE ALASKA.

__33__ %

b. The negligence of the plaintiff, RICHARD PRICE.

__67__ %

THE TOTAL MUST EQUAL 100%

*Proceed to Question No. 6.*

6. WHAT AMOUNT, IF ANY, DO YOU FIND WILL FAIRLY AND ADEQUATELY COMPENSATE THE PLAINTIFF, RICHARD PRICE, FOR THE INJURIES HE SUSTAINED AS A RESULT OF THE NEGLIGENCE OF THE DEFENDANT, GREAT LAKES DREDGE AND DOCK COMPANY, LLC AND/OR THE UNSEAWORTHINESS OF THE DREDGE ALASKA.

*(Answer this question only if you answered "Yes" to Question No. 1 or Question No. 3.)*

**Do not make any deductions for the plaintiff's negligence, if any. The court will make any calculations that are necessary.**

a. Past and future pain and suffering, including physical disability, impairment, and inconvenience, and the effect of the plaintiff's injuries and inconvenience on the normal pursuits and pleasures of life. $857,500.—

b. Past loss of income and/or benefits. $198,000.—

c. Loss of future income, benefits, and/or earning capacity. $782,000.—

d. Future medical expenses/Life care plan cost. $500,000.—

e. Financial management expenses. $ Ø

*The foreperson should sign and date this form and hand it to the marshal.*

New Orleans, Louisiana, this 17 day of September, 2015.

[signature]

FOREPERSON