**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RICHARD PRICE** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-660** |
| **GREAT LAKES DREDGE AND DOCK COMPANY, LLC** | **SECTION I** |

## FINAL JUDGMENT

A jury verdict was returned in this case. Pursuant to that verdict[1] and the joint pre-trial stipulations,[2]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, Richard Price, and against defendant, Great Lakes Dredge and Dock Company, LLC, in the total amount of **$677,534.24**, which represents the judgment awarded by the jury minus advances received by plaintiff consistent with the joint stipulations.

**IT IS FURTHER ORDERED** that post-judgment interest at the federal legal rate of interest is awarded on the entire judgment from the date of judgment, September 24, 2015, until paid. All taxable costs are taxed against defendant.

New Orleans, Louisiana, September 24, 2015.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 112-4.
[2] R. Doc. No. 104.